**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
JANUARY 22, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08 C 491

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of
PRINCIPAL LIFE INSURANCE COMPANY
v.
ROSANNE HAMEL

Case Number:

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
PRINCIPAL LIFE INSURANCE COMPANY

JUDGE LEFKOW
MAGISTRATE JUDGE ASHMAN

| | |
|---|---|
| NAME (Type or print) | |
| JULIE LINE BAILEY | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | |
| s/ JULIE LINE BAILEY | |
| FIRM | |
| GIBSON & SHARPS | |
| STREET ADDRESS | |
| 745 McClintock Drive, Suite 227 | |
| CITY/STATE/ZIP | |
| Burr Ridge, Illinois 60527 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| 6205367 | (630) 321-0063 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | |
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |