IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| PRINCIPAL LIFE INSURANCE COMPANY ) ) ) ) | |
| Plaintiff, ) | No. 08 C 491 |
| ) | |
| v. ) | |
| ) | Judge Lefkow |
| ROSANNE HAMEL ) | Magistrate Judge Ashman |
| ) | |
| Defendant. ) ) | |

**NOTICE OF MOTION**

    PLEASE TAKE NOTICE that on Thursday, the 19th of June, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Lefkow or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached AGREED MOTION FOR EXTENSION OF TIME, copies of which are attached and herewith served upon you.

                                                                          s/ Mark D. DeBofsky
                                                                          One of the attorneys for Defendant

Mark D. DeBofsky
Daley, DeBofsky & Bryant
55 W. Monroe, Suite 2440
Chicago, Illinois 60603
(312) 372-5200

Dated: June 4, 2008

## **CERTIFICATE OF SERVICE**

TO: Julie Line Bailey
       Gibson & Sharps
       745 McClintock Drive, Suite 227
       Burr Ridge, Illinois 60527

     The undersigned attorney hereby certifies that on June 5, 2008, he electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to the above named attorney, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A.

/s Mark D. DeBofsky

Daley, DeBofsky & Bryant
55 W. Monroe, Suite 2440      Mark D. DeBofsky
Chicago, Illinois 60603        Counsel for Defendant
(312) 372-5200
(312) 372-2778 (fax)