UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Principal Life Insurance Company
         Plaintiff,

v.              Case No.: 1:08−cv−00491
             Honorable Joan H. Lefkow

Rosanne Hamel
         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

  MINUTE entry before the Honorable Joan H. Lefkow:Defendant's agreed motion for extension of time to 7/3/2008 to answer or otherwise plead [14] is granted. Status hearing stricken and reset to 7/10/2008 at 09:30 AM. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.