**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Principal Life Insurance Company
                              Plaintiff,

v.                                              Case No.: 1:08−cv−00491
                                                Honorable Joan H. Lefkow

Rosanne Hamel
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, July 10, 2008:

   MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held and continued to 9/16/2008 at 9:30 A.M. Discovery ordered closed by 9/16/2008. Cross−Motions for summary judgment with supporting briefs to be filed by 10/15/2008. Mailed notice by judge's staff.(srb,)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.